JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WANIS GEORGE WAHBA,<br><br>Petitioner,<br><br>v.<br><br>ERNESTO SANTACRUZ JR et al,<br><br>Respondent. | Case No. 5:26-cv-02502-MAR<br><br>JUDGMENT |

Pursuant to the Order on Petition for Habeas Corpus, **IT IS HEREBY ADJUDGED** that this Petition is **GRANTED**.  Respondents are **ORDERED** to (1) release Petitioner Wanis George Wahba (A-number 070-096-128) from custody immediately and with the same conditions in place at the time of his unlawful re-detention, and return all property taken from him during his arrest and processing into detention including but not limited to his personal identification, employment authorization document, social security card, and all identification documents; (2) not re-detain Petitioner unless he receives process as required under 8 C.F.R. §§ 241.4(l)(1), 241.13(i)(3), any other applicable statutory and regulatory procedures, and the Due Process Clause of the Fifth Amendment; (3) not re-detain Petitioner under 8 U.S.C. § 1231(a)(6) unless and until Respondents obtain a travel document for his removal; and (4) not remove or attempt to remove Petitioner to a third country unless

Respondents adhere to the following: (a) provide Petitioner a minimum of ten (10) days to raise a fear-based claim for protection prior to removal; (b) if Petitioner does assert a fear-based claim, provide Petitioner a meaningful opportunity to be heard on his fear-based claim.

Dated: June 3, 2026

HONORABLE MARGO A. ROCCONI
United States District Judge

2